IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVIS REVES                                                                                                    PLAINTIFF

V.                                          CASE NO. 06-CV-4071

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          DEFENDANT

## ORDER

    Before the Court is the Report and Recommendation filed September 17, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Judge Bryant recommends that this case be dismissed with prejudice. The Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 9th day of October, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge